

**NUMBER 13-19-00353-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

| | |
|---|---|
| **TATIYANA GENEVA ALTECOR,** | **Appellant,** |

**v.**

| | |
|---|---|
| **ALLEN MICHAEL EGAN AND**<br>**UNITED PROPERTY AND**<br>**CASUALTY INSURANCE,** | **Appellees.** |

---

**On appeal from the 370th District Court**
**of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, Tatiyana Geneva Altecor, filed an appeal from the trial court's denial of her motion to allocate settlement funds in cause number C-2974-17-G currently pending in the 370th District Court of Hidalgo County, Texas. This cause is before the Court on

appellee United's motion to dismiss the appeal, appellant's response, and the appellate record.

Appellant's notice of appeal seeks to appeal the trial court's ruling on her motion to allocate settlement funds. Upon review of the record, it appears there is no written order for this Court to consider. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because there is no final judgment or order subject to appeal, the notice of appeal is premature. *See* TEX. R. APP. P. 26.1, 27.1(a).

The Court, having considered the record, appellee's motion to dismiss the appeal, and appellant's response, is of the opinion that the motion to dismiss should be granted. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a). Any pending motions are dismissed as moot.

DORI CONTRERAS
Chief Justice


Delivered and filed the
14th day of November, 2019.

2